■ In the Matter of ELLIOT N. IFRAIMOFF (Admitted as ELCHIN N. IFRAIMOV), a Suspended Attorney. [28 NYS3d 883]—

Motion by Elliot N. Ifraimoff for reinstatement to the bar as an attorney and counselor-at-law. Mr. Ifraimoff was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on October 24, 2001, under the name Elchin N. Ifraimov. By decision and order on application of this Court dated November 15, 2013, the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts was authorized to institute and prosecute a disciplinary proceeding against Mr. Ifraimoff based on a verified petition dated May 14, 2013, and the issues raised were referred to the Honorable Charles J. Thomas, as Special Referee, to hear and report. By opinion and order of this Court dated April 22, 2015, Mr. Ifraimoff was suspended from the practice of law for a period of six months, commencing May 22, 2015 (*see Matter of Ifraimoff*, 128 AD3d 164 [2015]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, Elliot N. Ifraimoff is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Elliot N. Ifraimoff to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Hinds-Radix, JJ., concur.